1  *Law Offices of*
   **WILLIAM H. PAYNTER**
2  **THOMAS I. SABERI, ESQ. SB#169652**
   1045 Airport Blvd., Suite 12
3  So. San Francisco, CA 94080
   (650) 588-2428
4  Fax (650) 873-7046

5  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, ) | CASE NUMBER: **CV 10 -3932 -EMC** |
| Plaintiff, ) | |
| vs. ) | |
| AUTO CITY 76; R.A.T. OIL, INC., ) a California Corporation; and ) CANADIAN AMERICAN OIL ) COMPANY, A California ) Corporation, ) | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF THOMAS I. SABERI IN SUPPORT; AND ORDER |
| Defendants. ) | |

It is hereby Stipulated by and between the attorneys and parties to this action that the Case Management Conference Scheduled for June 22, 2011 at 1:30 pm. be continued to September 9, 2011 at 9:00 am.

**IT IS SO STIPULATED.**

Date: June 8, 2011

_____
THOMAS I. SABERI
Attorney for Defendant

1
*Stipulation to Continue Case Management Conference*
*Declaration of Thomas I. Saberi in Support, and Order*

Date: June 9th, 2011

*[signature]*

THOMAS E. FRANKOVICH
Attorney for Plaintiff

## DECLARATION OF THOMAS I. SABERI

I, Thomas I. Saberi, declares as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court and represent the defendants in this action. The facts contained within this declaration are true to my own personal knowledge and if called to testify, I could and would testify to the matters contained herein.

2. The mediation in this action was scheduled for June 21, 2011 with the Case Management Conference scheduled for June 22, 2011 at 1:30pm.

3. I was notified last week that the President of Canadian American Oil, Inc. would be out of town traveling and would not be able to attend the mediation on June 21, 2011. This necessitated the need to move the mediation date. The new mediation date is now July 27, 2011.

4. The attorneys and parties in this action respectfully request that the Court continue the Case Management Conference date of June 22, 2011 to September 9, 2011.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 6th day of June 2011 at South San Francisco, California.

BY: /s/ T. I. S.

THOMAS I. SABERI,

### ORDER

**GOOD CAUSE** appearing from the stipulation of the parties and the Declaration of Thomas I. Saberi, the Case Management Conference scheduled for September 9, 2011 at 9:00 am in Courtroom 5, 17th Floor.

**IT IS SO ORDERED.**

Dated: 6/17/11

Hon. Edward M. Chen
U.S.D.J.

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen