UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CRAIG YATES,
        Plaintiff,

v.

AUTO CITY 76, et al.,
        Defendants.
_____/

No. C 10-3932 EMC

**ORDER RE: ATTENDANCE**

Date:     July 27, 2011
Mediator: Robin Siefkin

    IT IS HEREBY ORDERED that the requests to allow defense counsel Thomas Saberi to represent all defendants at the July 27, 2011, mediation before Robin Siefkin is GRANTED. Mr. Saberi need not bring with him another corporate representative from defendants.

    IT IS SO ORDERED.

Dated July 21, 2011   By: _____
                                             Elizabeth D. Laporte
                                             United States Magistrate Judge