UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>        Plaintiff(s),<br><br>  v.<br><br>AUTO CITY,<br><br>        Defendant(s).<br>_____/ | No. C-10-03932 EMC (DMR)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

     Following the settlement conference held July 9, 2012, IT IS HEREBY ORDERED that Plaintiff's counsel will initiate a conference call with all parties and contact the court (510-637-1006) on **July 18, 2012 at 4:15 p.m.** for a telephonic further settlement conference. The parties may contact this telephone number only for matters set by the court. The parties must each submit a brief letter update to the court on any remaining disputes by email (DMRpo@cand.uscourts.gov), no later than **July 17, 2012 at 5:00 p.m.**

Dated: July 9, 2012

_____
DONNA M. RYU
United States Magistrate Judge