United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

        Plaintiff(s),

  v.

AUTO CITY,

        Defendant(s).
_____/

No. C 10-03932 EMC (DMR)

**ORDER FOLLOWING TELEPHONIC SETTLEMENT CONFERENCE**

Pursuant to the further telephonic settlement conference held on July 18, 2012, the court orders as follows: Plaintiff shall make a written demand for damages and attorneys' fees and costs by July 26, 2012. Defendants shall respond to Plaintiff by August 8, 2012. The parties shall submit a joint letter to Judge Ryu by August 15, 2012 indicating whether, in the parties' view, a further settlement conference would be useful, and setting forth scheduling information.

IT IS SO ORDERED.

Dated: July 20, 2012

                                              DONNA M. RYU
                                              United States Magistrate Judge