UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | No. C 10-03932 EMC (DMR) |
| Plaintiff(s), | **ORDER FOLLOWING TELEPHONIC SETTLEMENT CONFERENCE** |
| v. | |
| AUTO CITY, | |
| Defendant(s). | |

Pursuant to the further telephonic settlement conference held on July 18, 2012, the court orders as follows: Plaintiff shall make a written demand for damages and attorneys' fees and costs by July 26, 2012. Defendants shall respond to Plaintiff by August 8, 2012. The parties shall submit a joint letter to Judge Ryu by August 15, 2012 indicating whether, in the parties' view, a further settlement conference would be useful, and setting forth scheduling information.

IT IS SO ORDERED.

Dated: July 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge