| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH, |
| | *A Professional Law Corporation* |
| 2 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| | 4328 Redwood Hwy., Suite 300 |
| 3 | San Rafael, CA 94903 |
| | Telephone: 415/674-8600 |
| 4 | Facsimile: 415/674-9900 |
| 5 | Attorneys for Plaintiff |
| | CRAIG YATES, an individual |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG YATES, an individual, | ) | CASE NO. CV-10-3932-EMC |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE CASE |
| | ) | MANAGEMENT CONFERENCE SET FOR |
| AUTO CITY 76; R.A.T. OIL, INC., a | ) | AUGUST 7, 2012 |
| California Corporation; and CANADIAN | ) | |
| AMERICAN OIL COMPANY, a California | ) | |
| Corporation, | ) | |
| Defendants. | ) | |

Plaintiff CRAIG YATES, and Defendants AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, by and through their respective counsel, respectfully request and make the following stipulation:

    1.    **WHEREAS**, the parties have reached an Equitable Agreement.

    2.    **WHEREAS**, the parties appeared telephonically before Judge Ryu for a Further Telephonic Settlement Conference on July 18, 2012.

    3.    **WHEREAS**, on July, 20, 2012 Judge Ryu 's ORDER sets a deadline of July 26, 2012 for plaintiff to submit a demand for damages, attorney fees, cists and litigation expenses. Defendants must respond to plaintiff's demand by August 8, 2012.

1  The parties shall submit a joint letter to Judge Ryu by August 15, 2012 indicating whether, in the
2  parties view, a further settlement conference would be useful, setting forth scheduling
3  information.
4   Therefore the parties request the Case Management Conference be rescheduled to
5  September 14, 2012 at 10:30 a.m.
6  Respectfully submitted,

8  Dated: August 1, 2012            THOMAS E. FRANKOVICH,
                                    *A PROFESSIONAL LAW CORPORATION*

10                                  By: /s/Thomas E. Frankovich
                                        Thomas E. FRANKOVICH
11                                   Attorneys for Plaintiff CRAIG YATES, an
12                                   individual.

14 Dated: August 1, 2012            LAW OFFICE OF JAMES M. DOMBROSKI

16                                  By:
                                        James M. Dombroski, Esquire
17                                   Attorneys for Defendants AUTO CITY 76; R.A.T.
                                     OIL, INC., a California Corporation; and
18                                   CANADIAN AMERICAN OIL COMPANY, a
19                                   California Corporation,

**ORDER**

**IT IS SO ORDERED**, that the Case Management Conference currently set for August 7, 2012 shall be rescheduled for September 14, 2012 at 10:30 a.m. The Joint Case Management Statement shall be due September 7, 2012.

Dated: ___8/2___, 2012          _____
                                Honorable Magistrate Judge
                                United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

STIPULATION AND [PROPOSED] ORDER            CASE NO.