THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
THOMAS E. FRANKOVICH (State Bar No. 074414)
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | CASE NO. CV-10-3932-EMC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR AUGUST 7, 2012 |
| AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, a California Corporation, | |
| Defendants. | |

Plaintiff CRAIG YATES, and Defendants AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, by and through their respective counsel, respectfully request and make the following stipulation:

1. **WHEREAS**, the parties have reached an Equitable Agreement.

2. **WHEREAS**, the parties appeared telephonically before Judge Ryu for a Further Telephonic Settlement Conference on July 18, 2012.

3. **WHEREAS**, on July, 20, 2012 Judge Ryu's ORDER sets a deadline of July 26, 2012 for plaintiff to submit a demand for damages, attorney fees, cists and litigation expenses. Defendants must respond to plaintiff's demand by August 8, 2012.

1  The parties shall submit a joint letter to Judge Ryu by August 15, 2012 indicating whether, in the
2  parties view, a further settlement conference would be useful, setting forth scheduling
3  information.
4      Therefore the parties request the Case Management Conference be rescheduled to
5  September 14, 2012 at 10:30 a.m.
6  Respectfully submitted,

8  Dated: August 1, 2012                THOMAS E. FRANKOVICH,
                                        *A PROFESSIONAL LAW CORPORATION*

10                                      By: /s/Thomas E. Frankovich
                                            Thomas E. FRANKOVICH
11                                       Attorneys for Plaintiff CRAIG YATES, an
12                                       individual.

14 Dated: August 1, 2012                LAW OFFICE OF JAMES M. DOMBROSKI

16                                      By:
                                            James M. Dombroski, Esquire
17                                       Attorneys for Defendants AUTO CITY 76; R.A.T.
                                         OIL, INC., a California Corporation; and
18                                       CANADIAN AMERICAN OIL COMPANY, a
                                         California Corporation,

**ORDER**

**IT IS SO ORDERED**, that the Case Management Conference currently set for August 7, 2012 shall be rescheduled for September 14, 2012 at 10:30 a.m. The Joint Case Management Statement shall be due September 7, 2012.

Dated: ___8/2___, 2012       _____
                              Honorable Magistrate Judge
                              United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER               CASE NO.