THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
THOMAS E. FRANKOVICH (State Bar No. 074414)
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, a California Corporation,<br><br>Defendants. | CASE NO. CV-10-3932-EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR SEPTEMBER 14, 2012 |

Plaintiff CRAIG YATES, and Defendants AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, by and through their respective counsel, respectfully request and make the following stipulation:

1. **WHEREAS**, the parties have reached an Equitable Agreement.

2. **WHEREAS**, the parties appeared telephonically before Judge Ryu for a Further Telephonic Settlement Conference on July 18, 2012.

3. **WHEREAS**, on July, 20, 2012 Judge Ryu 's ORDER sets a deadline of July 26, 2012 for plaintiff to submit a demand for damages, attorney fees, cists and litigation expenses. Defendants must respond to plaintiff's demand by August 8, 2012.

STIPULATION AND [PROPOSED ] ORDER                         CASE NO. CV-10-3932- EMC

1

1  4.  **WHEREAS**, the parties shall submit a joint letter to Judge Ryu by August 15, 2012 indicating whether, in the parties view, a further settlement conference would be useful, setting forth scheduling information.

5.  **WHEREAS**, on August 28, 2012 Judge Ryu's Order set a Further Settlement Conference for October 16, 2012 at 10:00 a.m.

Therefore the parties request the Case Management Conference be rescheduled to October 30, 2012 at 10:30 a.m.

Respectfully submitted,

Dated: September 4, 2012

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/Thomas E. Frankovich
    Thomas E. FRANKOVICH
Attorneys for Plaintiff CRAIG YATES, an individual.

Dated: September 4, 2012

LAW OFFICE OF JAMES M. DOMBROSKI

By: [signature]
    James M. Dombroski, Esquire
Attorneys for Defendants AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, a California Corporation,

**ORDER**

**IT IS SO ORDERED**, that the Case Management Conference currently set for August 7, 2012 shall be rescheduled for ~~October 30, 2012~~ Nov. 2, 2012 at 10:30 a.m. The Joint Case Management Statement shall be due October ~~23~~ 26, 2012.

Dated: 9/5, 2012

_____
Honorable Magistrate Judge Edward M.
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER        CASE NO. C