1  THOMAS E. FRANKOVICH,
    *A Professional Law Corporation*
2  THOMAS E. FRANKOVICH (State Bar No. 074414)
    4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
    Telephone:   415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
    CRAIG YATES, an individual
6

7              **UNITED STATES DISTRICT COURT**

8           **NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| CRAIG YATES, an individual, | **CASE NO. CV-10-3932-EMC** |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR SEPTEMBER 14, 2012** |
| AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, a California Corporation, | |
| Defendants. | |

Plaintiff CRAIG YATES, and Defendants AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, by and through their respective counsel, respectfully request and make the following stipulation:

    1.    **WHEREAS**, the parties have reached an Equitable Agreement.

    2.    **WHEREAS**, the parties appeared telephonically before Judge Ryu for a Further Telephonic Settlement Conference on July 18, 2012 .

    3.    **WHEREAS**, on July, 20, 2012 Judge Ryu 's ORDER sets a deadline of July 26, 2012 for plaintiff to submit a demand for damages, attorney fees, cists and litigation expenses. Defendants must respond to plaintiff's demand by August 8, 2012.

STIPULATION AND [PROPOSED ] ORDER              CASE NO. CV-10-3932- EMC

1  4.  **WHEREAS**, the parties shall submit a joint letter to Judge Ryu by August 15,

2  2012 indicating whether, in the parties view, a further settlement conference would be useful,

3  setting forth scheduling information.

4  5.  **WHEREAS**, on August 28, 2012 Judge Ryu's Order set a Further Settlement

5  Conference for October 16, 2012 at 10:00 a.m.

6  Therefore the parties request the Case Management Conference be rescheduled to

7  October 30, 2012 at 10:30 a.m.

8  Respectfully submitted,

9  Dated: September 4, 2012                 THOMAS E. FRANKOVICH,
                                            *A PROFESSIONAL LAW CORPORATION*
10

11                                          By: /s/Thomas E. Frankovich
                                               Thomas E. FRANKOVICH
12                                             Attorneys for Plaintiff CRAIG YATES, an
13                                             individual.

14

15  Dated: September 4, 2012                LAW OFFICE OF JAMES M. DOMBROSKI

16
                                           By:
17                                             James M. Dombroski, Esquire
18                                             Attorneys for Defendants AUTO CITY 76; R.A.T.
                                               OIL, INC., a California Corporation; and
19                                             CANADIAN AMERICAN OIL COMPANY, a
20                                             California Corporation,

21                                          **ORDER**

22      **IT IS SO ORDERED**, that the Case Management Conference currently set for August 7,
                                    Nov. 2, 2012
23  2012 shall be rescheduled for October 30, 2012 at 10:30 a.m. The Joint Case Management

24  Statement shall be due October 23, 2012.

25                           26

26  Dated: 9/5         , 2012
27                                          Honorable Magistrate Judge Edward M.
                                            United States District Judge
28

STIPULATION AND [PROPOSED ] ORDER                CASE NO. C

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen