JAMES M. DOMBROSKI (CSBN 56898)
LAW OFFICE OF JAMES M. DOMBROSKI
Post Office Box 751027
Petaluma, CA 94975
Telephone: (707) 762-7807
Facsimile: (707) 769-0419
Email: jdomski@aol.com

*Law Offices of*
WILLIAM H. PAYNTER
THOMAS I. SABERI, ESQ. (CSBN 169652)
1045 Airport Boulevard, Suite 12
South San Francisco, CA 94080
Telephone: (650) 588-2428
Facsimile: (650) 873-7046

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br>vs.<br><br>AUTO CITY 76; R.A.T. OIL, INC., a California corporation; and CANADIAN AMERICAN OIL COMPANY, a California corporation<br><br>    Defendants. | CASE NO. CV-10-3932-EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR NOVEMBER 2, 2012 |

Plaintiff CRAIG YATES, and Defendants AUTO CITY 76, R.A.T. OIL, INC., a California corporation, and CANADIAN AMERICAN OIL COMPANY, by and through their respective counsel, respectfully request and make the following stipulation:

The parties stipulate and request the Case Management Conference be rescheduled to December 14, 2012, at 10:30 a.m.

///

///

1

DATED: October 17, 2012.        THOMAS E. FRANKOVICH,
                                *A Professional Law Corporation*

                                By: /s/ Thomas E. Frankovich
                                Thomas E. Frankovich
                                Attorney for Plaintiff, Craig Yates, an individual

DATED: October 17, 2012.        LAW OFFICES OF JAMES M. DOMBROSKI

                                By: /s/ James M. Dombroski
                                James M. Dombroski
                                Attorney for Defendants Auto City 76, R.A.T.
                                Oil, Inc., a California corporation, and Canadian
                                American Oil Company, a California corporation

## ORDER

**IT IS SO ORDERED** THAT THE Case Management Conference currently set for November 2, 2012, shall be rescheduled for December 14, 2012, at 10:30 a.m. The Joint Case Management Statement shall be due December 1, 2012.

DATED: October 26, 2012.

_____
Honorable Judge
United

[STAMP: IT IS SO ORDERED / Judge Edward M. Chen]
[SEAL: United States District Court, Northern District of California]