JAMES M. DOMBROSKI (CSBN 56898)
LAW OFFICE OF JAMES M. DOMBROSKI
Post Office Box 751027
Petaluma, CA  94975
Telephone: (707) 762-7807
Facsimile:  (707) 769-0419
Email:  jdomski@aol.com

*Law Offices of*
WILLIAM H. PAYNTER
THOMAS I. SABERI, ESQ. (CSBN 169652)
1045 Airport Boulevard, Suite 12
South San Francisco, CA  94080
Telephone:  (650) 588-2428
Facsimile:   (650) 873-7046

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>          Plaintiff,<br><br>   vs.<br><br>AUTO CITY 76; R.A.T. OIL, INC., a California corporation; and CANADIAN AMERICAN OIL COMPANY, a California corporation<br><br>          Defendants.<br>_____ | **CASE NO.  CV-10-3932-EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR FEBRUARY 14, 2013** |

     Plaintiff CRAIG YATES, and Defendants AUTO CITY 76, R.A.T. OIL, INC., a California corporation, and CANADIAN AMERICAN OIL COMPANY, by and through their respective counsel, respectfully agree and request as follows:

     WHEREAS, on December 14, 2012, the Court continued the Case Management Conference to February 14, 2013, at 10:30 am to allow the parties to meet and confer regarding remedial work, to allow Defendants to proceed with Plaintiff's deposition and written discovery limited to focused discovery including production of Plaintiff's receipts, and to contact

.

1  Magistrate Judge Ryu for possible further settlement conference.

2      WHEREAS thereafter, the parties met and conferred regarding remedial work and

3  Defendant has agreed to complete the remedial work requested by Plaintiff.

4      WHEREAS, the parties stipulate and request the Case Management Conference to be

5  continued for at least 90 days to allow the parties to complete discovery as permitted by the

6  Court.

7      WHEREAS, good cause for this request is that Defendant's counsel has been working

8  full time on Unfair Practice cases, one of which is set for trial on April 12, 2013, and has

9  insufficient time to conduct the discovery allowed by the Court in this case.

10     The parties stipulate and request the Case Management Conference be rescheduled to

11 May 10, 2013, at 10:30 a.m.

12     DATED: January 24, 2013.    THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*

14     By /s/Thomas E. Frankovich
15         Thomas E. Frankovich
           George S. Khoury
16         Attorney for Plaintiff, Craig Yates, an individual

17     DATED: January 24, 2013.    LAW OFFICE OF JAMES M. DOMBROSKI

19     By /s/James M. Dombroski
           James M. Dombroski
20         Attorney for Defendants Auto City 76, R.A.T.
           Oil, Inc., a California corporation, and Canadian
21         American Oil Company, a California corporation

**ORDER**

**IT IS SO ORDERED** THAT THE Case Management Conference currently set for February 14, 2013, shall be rescheduled for May 1̶0̶ 9, 2013. The Joint Case Management Statement shall be due May 3̶ 2, 2013.

DATED: January 25, 2013.

_____
Honorable Judge
United States District Court

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]