1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   GEORGE S. KHOURY (State Bar No. 269738)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  4328 Redwood Hwy. Suite 300
   San Rafael, CA 94109
4  Telephone:    415/444-5800
   Facsimile:    415/444-5805
5
   Attorneys for Plaintiff
6  CRAIG YATES, an individual

7

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11
   CRAIG YATES, an individual,            )   **CASE NO. CV-10-3932-EMC**
12                                         )
           Plaintiff,                      )   **STIPULATION AND [PROPOSED] ORDER**
13                                         )   **ON EQUITABLE ISSUE AT AUTO CITY 76**
                                           )
14 v.                                      )
                                           )
15                                         )
   AUTO CITY 76; R.A.T. OIL, INC., a       )
16 California Corporation; and CANADIAN    )
   AMERICAN OIL COMPANY, a California      )
17 Corporation,                            )
                                           )
18                                         )
                                           )
19      Defendants.                        )   **Complaint Filed:**    September 1, 2010
                                           )
20 _____       )

21      The parties by and through their respective counsel hereby stipulate that:

22 the Equitable Settlement Agreement and Release signed July 18, 2012 resolves all claims for

23 equitable/injunctive relief in the First Amended Complaint, including the visits in June 2013,

24 relative to all defendants in the above-captioned case.

25 ///

26 ///

27 ///

28 ///

1      **IT IS SO STIPULATED**.

2    Dated: November 18, 2013           THOMAS E. FRANKOVICH, ESQ.
3                                    *A PROFESSIONAL LAW CORPORATION*

4                               By:___ /s/Thomas E. Frankovich_____
5                                    Thomas E. Frankovich
                                   George S. Khoury
6                                    Attorneys for Plaintiff CRAIG YATES, an
                                   individual

7

8    Dated:   11\18\2013             *LAW OFFICE OF JAMES M. DOMBROSKI*

9

10

11                               By:_____
                                   James M. Dombroski
12                                    Attorney for Defendants AUTO CITY 76;
                                   R.A.T. OIL, INC., a California Corporation;
13                                    and CANADIAN AMERICAN OIL
                                   COMPANY, a California Corporation

14

15                                      **ORDER**

16

17         Pursuant to the parties' stipulation, **IT IS SO ORDERED,** that the Equitable Settlement
18

19 Agreement and Release signed July 18, 2012 resolves all claims for equitable/injunctive relief

20 in the First Amended Complaint, including the visits in June 2013, relative to all defendants in

21 the above-captioned case.

22

23 Dated: _11/19_____, 2013

24                      Honorable Ed_____

25                     IT IS SO ORDERED

26

27                     Judge Edward M. Chen

28