THOMAS E. FRANKOVICH (State Bar No. 074414)
GEORGE S. KHOURY (State Bar No. 269738)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94109
Telephone:   415/444-5800
Facsimile:    415/444-5805

Attorneys for Plaintiff
CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, a California Corporation,<br><br>          Defendants. | **CASE NO. CV-10-3932-EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER ON EQUITABLE ISSUE AT AUTO CITY 76**<br><br>**Complaint Filed:**   September 1, 2010 |

The parties by and through their respective counsel hereby stipulate that:

the Equitable Settlement Agreement and Release signed July 18, 2012 resolves all claims for equitable/injunctive relief in the First Amended Complaint, including the visits in June 2013, relative to all defendants in the above-captioned case.

///

///

///

///

1 | **IT IS SO STIPULATED**.

2 | Dated: November 18, 2013          THOMAS E. FRANKOVICH, ESQ.
                                       ***A PROFESSIONAL LAW CORPORATION***

4 |                                    By:   /s/Thomas E. Frankovich
                                             Thomas E. Frankovich
5 |                                          George S. Khoury
                                       Attorneys for Plaintiff CRAIG YATES, an
6 |                                    individual

8 | Dated: 11/18/2013                  LAW OFFICE OF JAMES M. DOMBROSKI

10|                                    By: /s/ James M. Dombroski
11|                                    Attorney for Defendants AUTO CITY 76;
                                       R.A.T. OIL, INC., a California Corporation;
12|                                    and CANADIAN AMERICAN OIL
13|                                    COMPANY, a California Corporation

15|                                          **ORDER**

17|     Pursuant to the parties' stipulation, **IT IS SO ORDERED,** that the Equitable Settlement
18|
   Agreement and Release signed July 18, 2012 resolves all claims for equitable/injunctive relief
19|
   in the First Amended Complaint, including the visits in June 2013, relative to all defendants in
20|
   the above-captioned case.

23| Dated: 11/19, 2013
24|                                    _____
                                       Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER ON EQUITABLE ISSUES AUTO CITY 76
CASE NO. CV-10-3932-EMC                                                    2