JAMES M. DOMBROSKI (CSBN 56898)
LAW OFFICE OF JAMES M. DOMBROSKI
Post Office Box 751027
Petaluma, CA 94975
Telephone: (707) 762-7807
Facsimile: (707) 769-0419
Email: jdomski@aol.com

*Law Offices of*
WILLIAM H. PAYNTER
THOMAS I. SABERI, ESQ. (CSBN 169652)
1045 Airport Boulevard, Suite 12
South San Francisco, CA 94080
Telephone: (650) 588-2428
Facsimile: (650) 873-7046

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>vs.<br><br>AUTO CITY 76; R.A.T. OIL, INC., a California corporation; and CANADIAN AMERICAN OIL COMPANY, a California corporation<br><br>    Defendants. | CASE NO. CV-10-3932-EMC<br><br>STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF<br><br>Date: January 2, 2014<br>Time: 1:30 p.m.<br>Judge: Honorable Edward M. Chen<br>Location: 450 Golden Gate Avenue<br>    San Francisco, California<br>Courtroom: C, 15th Floor<br>Complaint filed: September 1, 2010 |

  WHEREAS, on November 12, 2013, the Court issued its "Stipulation and Order on Equitable Issue at Auto City 76" ("Stipulation and Order"), as Document 68, which stated:

> "Pursuant to the parties stipulation, IT IS SO ORDERED, that the Equitable Settlement Agreement and Release signed July 18, 2012, resolves all claims for equitable/injunctive relief in the First Amended Complaint, including the visits in June 2013, relative to all defendants in the above-captioned case."

1

WHEREAS, on November 26, 2013, Defendants AUTO CITY 76, R.A.T. OIL, INC., a California corporation, and CANADIAN AMERICAN OIL COMPANY (hereinafter "Auto City") filed and served Defendants' Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief.

The parties, by and through their respective counsel, hereby stipulate, based upon the Stipulation and Order, that all claims for equitable/injunctive relief in the First Amended Complaint be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: November 29, 2013.   THOMAS E. FRANKOVICH,
*A Professional Law Corporation*

By /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff, Craig Yates, an individual

DATED: November 27, 2013.   LAW OFFICES OF JAMES M. DOMBROSKI

By _____
James M. Dombroski
Attorney for Defendants Auto City 76, R.A.T. Oil, Inc., a California corporation, and Canadian American Oil Company, a California corporation

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED** that all claims for equitable/injunctive relief in the First Amended Complaint are dismissed with prejudice. 1/2/14 hearing is vacated.

DATED: __12/4__, 2013.

_____
Honorable Judge Edward M. Chen
District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen