THOMAS E. FRANKOVICH (State Bar #074414)
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:     415/674-8600
Facsimile:      415/674-9900

Attorneys for Plaintiff
CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | CASE NO. CV-10-3932-EMC |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AND [PR~~O~~OPOSED] ORDER** |
| v. | |
| AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, a California Corporation, | |
| Defendants. | |

Plaintiff CRAIG YATES, an individual, by and through his attorney of record, hereby submits this request for telephonic appearance at the Status Conference currently set for February 20, 2014 at 10:30 a.m.

///

///

///

///

1  Plaintiff's counsel Thomas E. Frankovich is currently unavailable due to depositions in an
2  unrelated case in Chico, California from February 19, 2014 through February 21, 2014, and
3  therefore respectfully requests to appear at the conference via telephonic appearance.

Respectfully submitted,

Dated: February 19, 2014          THOMAS E. FRANKOVICH,
                                  *A PROFESSIONAL LAW CORPORATION*


                                  By: ___/s/Thomas E. Frankovich_____
                                       Thomas E. Frankovich
                                       Attorney for Plaintiff CRAIG YATES

**ORDER**

**IT IS HEREBY ORDERED** that counsel for the Plaintiff may attend the Status
Conference set for Thursday, February 20, 2014 at 10:30 a.m. telephonically.  Court will call Mr. Frankovich between 10:30 and 11:30 a.m.

Dated: __2/19_____, 2014         _____
                                    Honorable Edward M. Chen
                                    California United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER**

2