THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:     415/444-5800
Facsimile:     415/444-5805

Attorney for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | **CASE NO. CV-10-3932- EMC (DMR)** |
| Plaintiff, | ~~[PROPOSED]~~ ORDER TO EXCUSE PLAINTIFF CRAIG YATES FROM PHYSICALLY ATTENDING SETTLEMENT CONFERENCE ON NOVEMBER 4, 2014 |
| v. | |
| AUTO CITY 76; R.A.T. OIL, INC., a California Corporation; and CANADIAN AMERICAN OIL COMPANY, a California Corporation, | |
| **Defendants.** | |

**GOOD CAUSE** being shown in the Declaration of Plaintiff CRAIG YATES to be excused from physically being present at the Settlement Conference set for November 4, 2014 at 11:00 a.m. in the above captioned case, as he is still under home care and had not been released by his Doctor.

**ORDER**

It is Ordered that Plaintiff, CRAIG YATES be excused from physically attending the Settlement Conference set for November 4, 2014 at 11:00 a.m., but that he participate telephonically.

Dated:    October 30,  2014          By: _____

GRANTED

Honorable Magistrate Donna M. Ryu
UNITED STATES DISTRICT JUDGE