UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

        Plaintiff(s),

  v.

AUTO CITY, ET AL,

        Defendant(s).
_____/

No. C-10-03932-EMC (DMR)

**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes.

You are hereby notified that a further settlement conference is scheduled for

**November 20, 2014 at 3:00 p.m.**, Courtroom No. 4, Third Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated February 9, 2012. *See* Docket No. 27. No later than ten days prior to the further settlement conference, the parties shall submit supplemental Exchanged Settlement Conference Statements and Confidential Settlement Letters.

IT IS SO ORDERED.

Dated: November 5, 2014

_____
DONNA M. RYU
United States Magistrate Judge