```
 1 | JAMES M. DOMBROSKI (CSBN 56898)
   | LAW OFFICE OF JAMES M. DOMBROSKI
 2 | Post Office Box 751027
 3 | Petaluma, CA  94975
   | Telephone: (707) 762-7807
 4 | Facsimile:  (707) 769-0419
   | Email:  jdomski@aol.com
 5 |
 6 | Law Offices of
   | WILLIAM H. PAYNTER
 7 | THOMAS I. SABERI, ESQ. (CSBN 169652)
   | 1045 Airport Boulevard, Suite 12
 8 | South San Francisco, CA  94080
 9 | Telephone:  (650) 588-2428
   | Facsimile:  (650) 873-7046
10 |
11 | Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES, | ) | CASE NO.  CV-10-3932-EMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER RE |
| vs. | ) | DISMISSAL WITH PREJUDICE |
| AUTO CITY 76; R.A.T. OIL, INC., a California corporation; and CANADIAN AMERICAN OIL COMPANY, a California corporation | ) ) ) ) | |
| Defendants. | ) ) | |

WHEREAS, the parties in the above-captioned case have settled all remaining claims based upon the terms of the General Release signed by Plaintiff Craig Yates, on January 2, 2015; and

WHEREAS, pursuant to the terms of the General Release in paragraph 2, the parties stipulate that this case shall be dismissed in its entirety as to all parties with prejudice and request that the

///

the Court dismiss this case with prejudice.

DATED: January 12, 2015.

_____
Thomas E. Frankovich
Attorney for Plaintiff Craig Yates

DATED: January 5, 2015.

_____
James M. Dombroski
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED, based upon the above stipulation, that this case is dismissed with prejudice.  All hearings are vacated.

DATED: January 12, 2015.

_____
Edward M. Chen
United States District Judge



STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

2